UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. MJ 15-149 |
| v. | DETENTION ORDER |
| BLAKE KIRVIN, | |
| Defendant. | |

<u>Offense charged</u>:    Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:    April 29, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is charged by Complaint with the above offense. It is alleged that defendant was involved in a shooting at the location of 28th Ave South and South Jackson in Seattle, said to be a Deuce 8 gang hangout location. Defendant allegedly fled the scene with a

DETENTION ORDER
PAGE - 1

handgun on a Metro bus and was arrested in downtown Seattle. The AUSA proffers that defendant is about to be indicted on that charge, as well as a second charge related to possession of controlled substances and another firearm after defendant was released on bond from state custody on the original firearms charge.

2. Defendant, age 24, has a lengthy criminal history that includes controlled substance and firearms charges. He has mental health problems and admits to an extensive drug history.

3. Defendant poses a risk of nonappearance due to controlled substance use, lack of stable employment, a history of gambling, and lack of an appropriate release address. He poses a risk of danger due to criminal history and the instant charges, as well as a possible gang connection.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>29th</u> day of April, 2015.

                                                Mary Alice Theiler
                                                United States Magistrate Judge