THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-165RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |
| BLAKE KIRVIN, | ) | |
| Defendant. | ) | |

This matter has come before the Court on Defendant Blake Kirvin's motion to modify the conditions of his release. The Court has reviewed the motion, records, and files herein.

IT IS NOW ORDERED that Defendant's motion to modify the conditions of his release (Dkt. #75) is GRANTED. Blake Kirvin's term of home confinement is reduced from 120 days to 90 days, to account for the 30 days that Mr. Kirvin spent in in-patient treatment.

DATED this 25th day of March, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO MODIFY
CONDITIONS OF RELEASE
(*Blake Kirvin*, CR15-165-RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**